IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIXTO C. RACIMO,

    Petitioner,                      No. 2:10-cv-3486 JAM CKD P

    vs.

MICHAEL MARTEL,

    Respondent.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a motion for a certificate of appealability as to the July 26, 2012 denial of his application for a writ of habeas corpus. (Dkt. No. 33.) A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the magistrate judge's May 3, 2012 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right.

////

////

////

////

////

Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

DATED: September 11, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE